**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARDEN CITY BOXING CLUB, INC., | No. C 05-05005 WHA |
| Plaintiff, | |
| v. | **ORDER DENYING STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE** |
| BENJAMIN SANCHEZ, et al., | |
| Defendants. / | |

Good cause not shown, the Court **DENIES** the parties' stipulation to continue the case management conference, currently set for August 3, 2006, at 11:00 a.m.

**IT IS SO ORDERED.**

Dated: July 28, 2006.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE