1  Thomas P. Riley, SBN 194706
   LAW OFFICES OF THOMAS P. RILEY, P.C.
2  First Library Square
   1114 Fremont Avenue
3  South Pasadena, CA 91030

4  Tel: 626-799-9797
   Fax: 626-799-9795
5  TPRLAW@att.net

6  Attorneys for Plaintiff
   Garden City Boxing Club, Inc.

7

8               UNITED STATES DISTRICT COURT
9               NORTHERN DISTRICT OF CALIFORNIA

10 | Garden City Boxing Club, Inc.,        | CASE NO. C 05-5005 WHA
11 |                                       |
12 |                 Plaintiff,            | STIPULATION OF DISMISSAL OF
   |                                       | PLAINTIFF'S COMPLAINT
13 |        vs.                            | AGAINST DEFENDANTS
14 | Benjamin Sanchez, et al.              | BENJAMIN SANCHEZ AND ERICA
   |                                       | JENNIFER SANCHEZ, individually
15 |                 Defendants.           | and d/b/a TAQUERIA EL
16 |                                       | SOMBRERO # 2

17

18

19      **IT IS HEREBY STIPULATED** by and between Plaintiff GARDEN CITY
20 BOXING CLUB, INC. and Defendants BENJAMIN SANCHEZ and ERICA
21 JENNIFER SANCHEZ, that the above-entitled action is hereby dismissed **without**
22 **prejudice** against BENJAMIN SANCHEZ and ERICA JENNIFER SANCHEZ
23 subject to the Court's jurisdiction to enforce the settlement agreement reached between
24 the Parties.
25
26 ///
27 ///
28 ///

STIPULATION OF DISMISSAL
CV 05-5005 WHA
PAGE 1

**IT IS FURTHER STIPULATED** that provided no Party referenced above has filed a motion to reopen this action by September 25, 2006, this Court shall *not* have jurisdiction to set aside the dismissal and the dismissal shall be deemed to be **with prejudice**.

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced-above shall bear its own attorneys' fees and costs.

Dated: August 16, 2006

LAW OFFICES OF THOMAS P. RILEY, P.C.
By: Thomas P. Riley
Attorneys for Plaintiff
GARDEN CITY BOXING CLUB, INC.

Dated:

PLEASE SEE ATTACHED

**MERRILL, ARNONE & JONES, LLP**
By: Elizabeth R. Palmer, Esquire
Attorneys for Defendants BENJAMIN SANCHEZ
AND ERICA JENNIFER SANCHEZ

**IT IS SO ORDERED:**

Dated:_____

_____
**The Honorable William Alsup**
**United States District Court**
**Northern District of California**

STIPULATION OF DISMISSAL
CV 05-5005 WHA
PAGE 2

**IT IS FURTHER STIPULATED** that provided no Party referenced above has filed a motion to reopen this action by September 25, 2006, this Court shall *not* have jurisdiction to set aside the dismissal and the dismissal shall be deemed to be **with prejudice**.

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced-above shall bear its own attorneys' fees and costs.

Dated: August 16, 2006

LAW OFFICES OF THOMAS P. RILEY, P.C.
By: Thomas P. Riley
Attorneys for Plaintiff
GARDEN CITY BOXING CLUB, INC.

Dated:

MERRILL, ARNONE & JONES, LLP
By: Elizabeth R. Palmer, Esquire
Attorneys for Defendants BENJAMIN SANCHEZ
AND ERICA JENNIFER SANCHEZ

**IT IS SO ORDERED:**

September 11, 2006
_____
**The Honorable William Alsup
United States District Court
Northern District of California**

Dated: 

STIPULATION OF DISMISSAL
CV 05-5005 WHA
PAGE 2

## PROOF OF SERVICE (BY OVERNIGHT MAIL)

I declare that:

I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is First Library Square, 1114 Fremont Avenue, South Pasadena, California 91030. I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On August 16, 2006, I served:

**STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS BENJAMIN SANCHEZ AND ERICA JENNIFER SANCHEZ, individually and d/b/a TAQUERIA EL SOMBRERO # 2**

On all parties in said cause by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was duly mailed and addressed to:

| | |
|---|---|
| Ms. Elizabeth R. Palmer, Esquire | Attorneys for Defendants |
| Merril, Arnone & Jones, LLP | Benjamin Sanchez and Erica Jennifer Sanchez |
| 3554 Round Bar Blvd., Suite 303 | |
| Santa Rosa, CA 95403 | |

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on August 16, 2006, at South Pasadena, California.

Dated: August 16, 2006

_____
INESA MAMIDJANYAN